# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**UNITED STATES OF AMERICA**

**VS.**                          **CRIMINAL NO. 3:18-CR-145- HTW-FKB**

**ELTON LAWRENCE CLARKE**

## JUDGMENT OF ACQUITTAL

THIS CAUSE having come on before the Court on the jury verdict of Not Guilty entered against the Defendant, Elton Lawrence Clarke, on April 16, 2019, on the charge of being a felon in possession of a firearm, and the Court finding that the Verdict was appropriate as to form and content, the Court further finds that the Defendant should be released from his bond, if any, and a Judgment of Acquittal should be entered.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the Defendant, Elton Lawrence Clarke, is hereby acquitted, discharged and any bond exonerated, and this Judgment of Acquittal is hereby entered.

**SO ORDERED AND ADJUDGED this the 18th day of April, 2019.**

                                             **/s/HENRY T. WINGATE**
                                             **UNITED STATES DISTRICT COURT JUDGE**